**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

   **v.**　　　　　　　　　　　　　　　　　Case No. 07-cr-136-PB

<u>Juan Jose Castaner II</u>

### <u>O R D E R</u>

The defendant, through counsel, has moved to continue the August 21, 2007 trial in the above case, citing the need for additional time to complete discovery, engage in plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2007 to November 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The court will hold a final pretrial conference on October 25, 2007 at 4:15 p.m.

SO ORDERED.

                                                    /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

July 30, 2007

cc:   Jessica Brown, Esq.
      Clyde Garrigan, Esq.
      United States Probation
      United States Marshal