**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                             Case No. 07-cr-136-PB

<u>Juan Jose Castener II</u>

**O R D E R**

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for additional time to engage in further plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 25, 2007 final pretrial conference is continued to December 17, 2007 at 4:45 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro  
                                              Paul Barbadoro  
                                              United States District Judge

October 24, 2007

cc:   Jessica Brown, Esq.  
       Clyde Garrigan, AUSA  
       United States Probation  
       United States Marshal